UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 13 2020
CLERK, U.S. DISTRICT COURT
By ___ Deputy

## Request for Modifying the Conditions or Term of Supervision With Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Bryan Craig Childs — Case No.: 2:17-CR-054-Z(01)

Name of Sentencing Judge: Senior U.S. District Judge Sidney A. Fitzwater (Reassigned to U.S. District Judge Matthew J. Kacsmaryk on August 1, 2019, pursuant to Special Order 3-327)

Date of Original Sentence: December 5, 2017

Original Offense: False Information and Hoaxes, 18 U.S.C. § 1038(a)(1)

Original Sentence: 27 months custody as to count 1 to run consecutively to any sentence hereafter imposed in Case No. 22,575-2015, by the 402nd District Court of Wood County, Texas, 3-year term of supervised release

Type of Supervision: Supervised Release — Date Supervision Commenced: To be released: 01/26/2020

Assistant U.S. Attorney: Joshua Jerome Frausto — Defense Attorney: David Christopher Hesse (Court appointed)

---

## Petitioning The Court As Follows:

To add to the conditions of supervision with the consent of the offender as follows:

The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at the Dismas Charities, Inc., 709 East 49th Street, Lubbock, Texas 79404, for a period of no more than 180 days, to be released at the direction of the probation officer. Passes to assist the defendant in completing the programs and/or re-entering the community may be issued with approval of the probation officer and/or the program review team.

### Cause

Bryan Craig Childs is due to be released from the Federal Bureau of Prisons on January 26, 2020. He does not have a residence to release to and is homeless. He is requesting to reside in the residential re-entry center, Dismas Charities, in Lubbock, Texas, upon his release in order to prevent him from having to reside in a homeless shelter. Furthermore, this placement will provide the opportunity to secure employment and save money to establish his own residence.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on January 10, 2020

s/Teresa Perez
U.S. Probation Officer
Amarillo
Phone: 806-337-1755
Fax: 806-324-2125

Approved,

s/William Cruz
Supervising U.S. Probation Officer
Phone: 806-337-1751

---

**Order of the Court:**

☐ No Action

☐ The extension of supervision as noted above.

☒ To add to the conditions of supervision.

The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at the Dismas Charities, Inc., 709 East 49th Street, Lubbock, Texas 79404, for a period of no more than 180 days, to be released at the direction of the probation officer. Passes to assist the defendant in completing the programs and/or re-entering the community may be issued with approval of the probation officer and/or the program review team.

☐ Other or Additional:

☐ File under seal until further order of the Court.

Matthew J. Kacsmaryk
U.S. District Judge

1-13-20
Date

TP

*Attachment

PROB 49

**UNITED STATES DISTRICT COURT**
**for**
**NORTHERN DISTRICT OF TEXAS**

# Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

United States of America

v. Case No.: 2:17-CR-054-Z(01)

Bryan Craig Childs

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at the Dismas Charities, Inc., 709 East 49th Street, Lubbock, Texas 79404, for a period of no more than 180 days, to be released at the direction of the probation officer. Passes to assist the defendant in completing the programs and/or re-entering the community may be issued with approval of the probation officer and/or the program review team.

Witness: Eloise Rodriguez for Blair Ancinec
Blair Ancinec
Counselor, Dismas Charities

Signed: [signature]
Bryan Craig Childs
Supervised Releasee

Date: 1-9-2020