IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRYAN CRAIG CHILDS | No. 5:21-CR-062-H |

# MOTION TO REVOKE SUPERVISED RELEASE

The United States of America requests that this Court revoke the supervised release of Bryan Craig Childs as follows:

## Facts

On December 5, 2017, in the Northern District of Texas, the Honorable Sidney A. Fitzwater, United States District Judge, sentenced Childs to 27 months in custody, to be followed by a three-year term of supervised release for the offense of False Information and Hoaxes, a violation of Title 18, United States Code, Section 1038(a)(1). The case was reassigned to the Honorable Matthew J. Kacsmaryk on August 1, 2019, pursuant to Special Order 3-327. Childs' initial term of supervised release began on March 10, 2020. Intra-district jurisdiction was transferred to this Court on May 13, 2021.

## Violation of Supervised Release Conditions

Childs violated the terms and conditions of his supervised release in the following respects:

VIOLATION OF STANDARD CONDITION No. 2: The defendant must report

to the probation officer as instructed.

Childs violated this condition of supervised release by failing to report to the United States Probation and Pretrial Services Office for the month of June 2021, as previously instructed.

> <u>VIOLATION OF SPECIAL CONDITION</u>: The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after the completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $25 per month.

Childs violated this condition of supervised release when he failed to report to Texas Tech University Health Sciences Center/Southwest Institute for Addictive Diseases, Lubbock, Texas, the local drug aftercare provider, to submit to urine testing on May 18 and 27, 2021, and June 8 and 16, 2021.

The United States respectfully requests that this Court revoke the defendant’s supervised release and that the Court order the defendant to the custody of the Attorney General to serve a sentence as determined by the Court.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

s/ *Matthew A. McLeod*
MATTHEW A. McLEOD
Assistant United States Attorney
Tennessee State Bar No. 034353
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7351
Facsimile: 806-472-7394
E-mail: matthew.mcleod@usdoj.gov